No. A–992. HUGHES v. TEXAS. Ct. Crim. App. Tex. Application for appointment of counsel to prepare and file petition for writ of certiorari, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. A–1037 (77–1736). SMITH, PRESIDENT, VILLAGE OF SKOKIE, ILLINOIS, ET AL. v. COLLIN ET AL. C. A. 7th Cir. Application for stay of mandate or, in the alternative, for stay of enforcement of judgment pending action on petition for certiorari, presented to MR. JUSTICE STEVENS, and by him referred to the Court, denied.

MR. JUSTICE BLACKMUN, with whom MR. JUSTICE REHNQUIST joins, dissenting.

I feel that the decision of the United States Court of Appeals for the Seventh Circuit is in some tension with this Court's decision, 26 years ago, in Beauharnais v. Illinois, 343 U. S. 250 (1952). Beauharnais has never been overruled or formally limited in any way. I therefore would grant the stay pending consideration of the applicants' petition for certiorari, which has now been filed, and pending further order of the Court.

No. D–95. IN RE DISBARMENT OF OHRALIK. Disbarment entered. [For earlier order herein, see 429 U. S. 1035.]

No. 76–1694. MOBIL OIL CORP. v. LIGHTCAP ET AL., 434 U. S. 876. Respondents are requested to file a response to petition for rehearing within 30 days. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this order.

No. 77–803. BARRY, CHAIRMAN, RACING AND WAGERING BOARD OF NEW YORK, ET AL. v. BARCHI. D. C. S. D. N. Y. [Probable jurisdiction noted, 435 U. S. 921.] Motion of New York Racing Assn., Inc., for leave to file a brief as amicus curiae granted.